# UNITED STATES DISTRICT COURT

for the

District of Columbia    ▾

_____ Division

|  |  |
|---|---|
| SHERI C. JOHNSON | ) |
| | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |
| | ) |
| **-v-** | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| U.S. COPYRIGHT OFFICE | ) |
| | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

Case No. _____

Case: 1:23−cv−03921 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 12/28/2023
Description: Pro Se Gen. Civ. (F−DECK)

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Sheri C. Johnson |
| Street Address | 4395 Fulton Industrial Blvd. Suite-D; PMB 1629 |
| City and County | Atlanta, Fulton |
| State and Zip Code | GA 30336 |
| Telephone Number | (404) 666-7404 |
| E-mail Address | legal.johnsonyoung@gmail.com |

RECEIVED

DEC 28 2023

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | U.S. Copyright Office |
| Job or Title *(if known)* | |
| Street Address | 101 Independence Ave S.E. |
| City and County | Washington |
| State and Zip Code | D.C. 20559 |
| Telephone Number | (202) 707-3000 |
| E-mail Address *(if known)* | asktheboard@ccb.gov |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.      Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.      The Plaintiff(s)

1.      If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

2.      If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.      The Defendant(s)

1.      If the defendant is an individual

The defendant,  *(name)* _____ , is a citizen of the State of *(name)* _____ .  Or is a citizen of *(foreign nation)* _____ .

2.      If the defendant is a corporation

The defendant,  *(name)*  U.S. Copyright Office _____ , is incorporated under the laws of the State of *(name)*    District of Columbia _____ , and has its principal place of business in the State of *(name)*   D.C _____ . Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

$15,000,0000 Fifteen-Million Dollars

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On *(date)*    12/28/2023    , at *(place)*    December 20, 2023    ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

Copyright Protection.
The defendant failed to provide copyright protection and/or rights as advertised. Anyone offering a service with a promenent title such as 'Federal Copyright Protection', has a duty to to do so; however, these services offered were misleading and did not deliver.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

False Advertising and Negligence

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

In total, I would like to be compensated $15,000,000.00 for the copyrights I was misled into believing I had after purchasing the product/service "copy "rights" protection" in which never existed. Had I the rights and protections I purchased under their false pretenses, I would have initially been awarded by the courts for each individual infringement from each individual infringer per each offense. There's a total of $1,350,000 in 9 willful copyright infringes, $9,000,000 in statutory damages, $4,650,000 in punitive damages, mental and emotional anguish, and anxiety.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:                12/28/2023

Signature of Plaintiff

Printed Name of Plaintiff    Sheri C. John pro-se

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## IN THE UNITED STATES DISTRICT COURT

## WASHINGTON DISTRICT OF COLUMBIA

SHERI  C.  JOHNSON
Plaintiff,                                                    CIVIL ACTION NO.


v.


U.S. Copyright Office
Defendant


## SUMMARY COMPLAINT WITH INJUNCTION

I was misled to believe that my *music* including my adlibs (**sounds/chants**) and ALL the creative aspects of my vocal creations within my song(s) that I solely intellectually created, were protected by the copyrights I paid for. Unfortunately, the U.S. Copyrights were a scam that has subjected me to various thieves and infringers who are taking full advantage of the 'fact' that others' creative inventions in sound recordings are a free-for all to steal and prosper from.

The U.S. Copyright Office gave me false confidence to create without the worry of infringers and led me to believe that my work was '*protected*' after paying a registration fee and submitting my creation to them. That was a lie. I was misled to believe that I would have actual 'copy "rights"'; however, those "rights" do not, and did not, ever exist, even upon receipt.

The U.S. Copyright Office inadvertently inspired me to create, by furnishing "fake copyrights" that were VOID of creative rights. Enabling others who were creatively inferior yet financially superior, to steal my works, portray it as their own, and profit off me and my musical inventions, and do so without penalty, repercussion, compensation, acknowledgment or credits from the infringing parties.

Because of this I have suffered not only substantial financial losses due to intellectual property loss, but I have suffered emotional and mental anguish, depression, and mental agony.

For these reasons I'm suing The U.S. Copyright Office for loss of revenue from the copyright infringements that I could not claim because my copy RIGHTS never existed.

I'm suing The U.S. Copyright Office for everyone that has stolen my creations in which I paid The U.S. Copyright Office to "protect" and to prevent such acts of copyright infringement from happening without penalty.

**Gunna** song- "FUCKUMEAN" 1 willful infringement **$150,000** (GA Case 1:23-cv-5530-WMR Sheri C. Johnson v. Young Stoner Life YSL Records, et la) **EXHIBIT A**

**Young Thug ft Gunna** song – "HOT" 1 willful infringement **$150,000**

**Mulatto** song– "Put It On The Floor" 3 willful infringements **$450,000 + (4,500,000** damages) (GA Case 1:23-cv-05163-WMR Sheri C. Johnson v StreamCut Media LLC,et; la) **EXHIBIT D**

**Mulatto ft Cardi B** song- "Put It On The Floor Again" 3 infringements **$450,000 + (4,500,000** damages) (GA Case 1:23-cv-05163-WMR Sheri C. Johnson v StreamCut Media LLC,et; la)

**Big Boogie** song– "Ova Wit" 1 willful infringement $150,000 (CA Case 2:23-cv-09952-FLA-AGR Sheri C. Johnson v. Universal Music Group) ~ **EXHIBIT C**

**The Copyright Office is guilty of:**

• **Manipulating key terms** – using certain words as descriptors without justification
• ei "Copyright Protections include Sound Recording, and Vocal Performances from the fixation of a series of sounds. A recorded performance. Sounds."- FALSE. NOT PROTECTED

• **Bait and switch** – pretending to sell one product or service, but actually giving the consumer an inferior product or service
• Pretending to sell consumers "rights" that state others are restricted from using their now "protected" music yet really only protecting words and not all the aspects pertaining to the creation of a song which consists of key elements that differentiates it from being just a poem, such as melody, adlibs, chants, creative original sounds; etc.

• **Misleading product warranties or guarantees** – guaranteeing a certain quality of product and not delivering on that quality, or offering warranties but refusing to honor the warranty
• After I presented my complaint to the Copyrights Small Claims Board, (after being discouraged (*see* **EXHIBIT E**) to proceed in the Federal District Court for the full amount desired of $150,000 **EXHIBIT B, C**) I instead was inspired to lower my expectations due to not having real rights and filed a Small Claim with The Copyright Office instead, Case #23-CCB-0403 in order to be compensated or at the very least acknowledged by the defendant GUNNA who has repeatedly used my work. I then received a reply from the Copyright Board with outdated references and contradicting laws requesting an amended complaint. The Copyright Office itself failed it's warranties and guarantee and did not honor the service I paid for them to provide. The U.S. Copyright Office had 1 job. Which was **protecting my creative work and preventing others from copying and/or making derivative works** from my creation. They failed.

**False Advertising:**

• **Selling a product that doesn't actually do what it's marketed to do:**
• The copyrights I purchased had no 'copy rights' and is/was not protected.

• **Leaving out information that the average buyer would consider important to know**
• Had I known that what I was paying for when buying a "copyright" did not exist,
    1. I would NOT have paid for the copyright
    2. I would NOT have created anything
    3. I would NOT have publicly shared my creation. Recklessly subjecting it to the unprotected theft of others.

The Copyright Office has responded with outdated references and manipulating, contradicting key terms such as "*derivative works of a sound recordings "do not extend to the making or DUPLICATION of another sound recording*." ??????.

This branch of government was clearly *designed* to fail the consumer.

See 17 U.S.C 114(b)

"**The exclusive rights to make derivative works of a sound recording "do not extend to the making or *DUPLICATION of another sound recording* that consists of independent fixations *even though sounds IMITATE or SIMULATE those in the "copyrighted sound recording"*** this is intentional actual fraud and false advertising. The primary job of the Copyright Office is to do exactly what it's saying it does not do.

*Definitions*
**DUPLICATE**: exactly like something else, especially through having been **copied**.
**COPY**: a thing made to be similar or identical to another.
**RIGHTS**: Statute, Regulation, Law, Protections.

Therefore, Im suing for:

**15 U.S.C. 1125(a) False Advertising** an actionable civil claim under Section 43a of The Federal Lanham Act

**19 U.S.C. 1592 Fraud, Gross Negligence, And Negligence**: Any act which is material and false.

**Relief:**

$10,350,000 for the copyright infringements and statutory damages listed above, plus the damages I incurred due to the false and intentionally misleading false advertising of 'copyrights' by The U.S. Copyright Office. This does not include mental and emotional anguish and depression nor punitive damages. In total, I would like to be compensated **$15,000,000.00** for the copyrights I was misled into believing I had, after purchasing their service of copyright protection that never existed. Had I the rights I purchased under their false pretenses; I would have initially been awarded by the courts for each individual infringement by each induvial infringer per offense.

*Respectfully Submitted,*

_____
Sheri C. Johnson (pro-se)
4395 Fulton Industrial Blvd.
Suite-D; PMB 1629
Atlanta, GA 30336
F: (404) 666-7404
**legal.johnsonyoung@gmail.com**